La Rinascente Pasta, LLC
808 Natali Drive
P.O. Box 190
Hope, ND 58046-0190


James G Ellingson
509 - 6th St. South
P.O. Box 91
Hope, ND 58046-0091


Direct Deposit

| Employee Pay Stub | Check number: DD4169 | | | Pay Period: 08/14/23 - 08/27/23 | | | Pay Date: 09/01/23 |
|---|---|---|---|---|---|---|---|

**Employee**

James G Ellingson, 509 - 6th St. South, P.O. Box 91, Hope, ND 58046-0091

**SSN**

***-**-4549

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly - Maintenance | 67.90 | 24.97 | 1,695.46 | 32,789.91 |
| Overtime - Maintenance | 3.30 | 37.46 | 123.62 | 9,992.53 |
| Holiday Pay-Hourly | | | | 1,367.28 |
| Vacation Hourly Rate | | | | 2,189.60 |
| | 71.20 | | 1,819.08 | 46,339.32 |

| Direct Deposit | | Amount |
|---|---|---|
| | | 1,222.06 |
| Checking - *******5209 | | |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| | 0.00 | | 0.00 |
| Current | | 88.00 | |
| YTD | | | |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 125 -Health Insurance (pre-tax) | -260.57 | -4,099.79 |
| Dental Insurance (pre-tax) | -26.27 | -446.59 |
| AFLAC (pre-tax) | -76.58 | -1,378.44 |
| 125 - Vision Ins. (pre-tax) | -12.17 | -219.06 |
| | -375.59 | -6,143.88 |

| Memo | |
|---|---|
| Direct Deposit | |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -111.00 | -3,497.00 |
| Social Security Employee | -89.50 | -2,492.12 |
| Medicare Employee | -20.93 | -582.83 |
| ND - Withholding | 0.00 | -355.00 |
| | -221.43 | -6,926.95 |

| Net Pay | 1,222.06 | 33,268.49 |
|---|---|---|

Powered by **Intuit Payroll**

La Rinascente Pasta, LLC
808 Natali Drive
P.O. Box 190
Hope, ND 58046-0190


James G Ellingson
509 - 6th St. South
P.O. Box 91
Hope, ND 58046-0091


Direct Deposit

---

| **Employee Pay Stub** | | | Check number: DD4181 | | Pay Period: 08/14/23 - 08/27/23 | | Pay Date: 09/15/23 |
|---|---|---|---|---|---|---|---|

| Employee | | | | | SSN | | |
|---|---|---|---|---|---|---|---|
| James G Ellingson, 509 - 6th St. South, P.O. Box 91, Hope, ND 58046-0091 | | | | | ***-**-4549 | | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly - Maintenance | 71.00 | 24.97 | 1,772.87 | 34,562.78 |
| Overtime - Maintenance | 7.90 | 37.46 | 295.93 | 10,288.46 |
| Holiday Pay-Hourly | 8.00 | 24.97 | 199.76 | 1,567.04 |
| Vacation Hourly Rate | | | | 2,189.60 |
| | 86.90 | | 2,268.56 | 48,607.88 |

| Direct Deposit | | | Amount |
|---|---|---|---|
| Checking - *******5209 | | | 1,583.16 |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0.00 | | 0.00 |
| YTD | | 88.00 | |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 125 -Health Insurance (pre-tax) | -260.57 | -4,360.36 |
| Dental Insurance (pre-tax) | -26.27 | -472.86 |
| AFLAC (pre-tax) | -76.58 | -1,455.02 |
| 125 - Vision Ins. (pre-tax) | -12.17 | -231.23 |
| | -375.59 | -6,519.47 |

**Memo**

Direct Deposit

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -165.00 | -3,662.00 |
| Social Security Employee | -117.36 | -2,609.48 |
| Medicare Employee | -27.45 | -610.28 |
| ND - Withholding | 0.00 | -355.00 |
| | -309.81 | -7,236.76 |

| **Net Pay** | | 1,583.16 | 34,851.65 |
|---|---|---|---|

---

La Rinascente Pasta, LLC, 808 Natali Drive, P.O. Box 190, Hope, ND 58046-0190

Powered by **Intuit Payroll**

La Rinascente Pasta, LLC
808 Natali Drive
P.O. Box 190
Hope, ND 58046-0190



James G Ellingson
509 - 6th St. South
P.O. Box 91
Hope, ND 58046-0091


Direct Deposit

---

**Employee Pay Stub**          Check number: DD4193          Pay Period: 09/11/23 - 09/24/23          Pay Date: 09/29/23

| Employee | | | | | SSN |
|---|---|---|---|---|---|
| James G Ellingson, 509 - 6th St. South, P.O. Box 91, Hope, ND 58046-0091 | | | | | ***-**-4549 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly - Maintenance | 80.00 | 24.97 | 1,997.60 | 36,560.38 |
| Overtime - Maintenance | 11.10 | 37.46 | 415.81 | 10,704.27 |
| Holiday Pay-Hourly | | | | 1,567.04 |
| Vacation Hourly Rate | | | | 2,189.60 |
| | 91.10 | | 2,413.41 | 51,021.29 |

| Direct Deposit | Amount |
|---|---|
| Checking - *******5209 | 1,915.82 |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0.00 | | 0.00 |
| YTD | | 88.00 | |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| AFLAC (pre-tax) | -76.58 | -1,531.60 |
| 125 - Vision Ins. (pre-tax) | -12.17 | -243.40 |
| Dental Insurance (pre-tax) | | -472.86 |
| 125 -Health Insurance (pre-tax) | | -4,360.36 |
| | -88.75 | -6,608.22 |

**Memo**

Direct Deposit

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -224.00 | -3,886.00 |
| Social Security Employee | -144.13 | -2,753.61 |
| Medicare Employee | -33.71 | -643.99 |
| ND - Withholding | -7.00 | -362.00 |
| | -408.84 | -7,645.60 |

| Net Pay | 1,915.82 | 36,767.47 |
|---|---|---|

La Rinascente Pasta, LLC, 808 Natali Drive, P.O. Box 190, Hope, ND 58046-0190          Powered by **Intuit Payroll**

La Rinascente Pasta, LLC
808 Natali Drive
P.O. Box 190
Hope, ND 58046-0190

James G Ellingson
509 - 6th St. South
P.O. Box 91
Hope, ND 58046-0091

Direct Deposit

| Employee Pay Stub | Check number: DD4205 | Pay Period: 09/25/23 - 10/08/23 | Pay Date: 10/13/23 |

**Employee**

James G Ellingson, 509 - 6th St. South, P.O. Box 91, Hope, ND 58046-0091

**SSN**

***-**-4549

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly - Maintenance | 80.00 | 24.97 | 1,997.60 | 38,557.98 |
| Overtime - Maintenance | 10.20 | 37.46 | 382.09 | 11,086.36 |
| Holiday Pay-Hourly | | | | 1,567.04 |
| Vacation Hourly Rate | | | | 2,189.60 |
| | 90.20 | | 2,379.69 | 53,400.98 |

| Direct Deposit | | | | Amount |
|---|---|---|---|---|
| Checking - *******5209 | | | | 1,672.79 |

| Vacation | Accrued | Used | Available |
|---|---|---|---|
| Current | 0.00 | | 0.00 |
| YTD | | 88.00 | |

| Deductions From Gross | Current | YTD Amount |
|---|---|---|
| 125 -Health Insurance (pre-tax) | -260.57 | -4,620.93 |
| Dental Insurance (pre-tax) | -26.27 | -499.13 |
| AFLAC (pre-tax) | -76.58 | -1,608.18 |
| 125 - Vision Ins. (pre-tax) | -12.17 | -255.57 |
| | -375.59 | -6,983.81 |

**Memo**

Direct Deposit

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | 0.00 |
| Federal Withholding | -178.00 | -4,064.00 |
| Social Security Employee | -124.25 | -2,877.86 |
| Medicare Employee | -29.06 | -673.05 |
| ND - Withholding | 0.00 | -362.00 |
| | -331.31 | -7,976.91 |

| Net Pay | 1,672.79 | 38,440.26 |