United States Bankruptcy Court
District of North Dakota

| | |
|---|---|
| In re: | Case No. 23-30358-skh |
| Julie Ann Ellingson | Chapter 7 |
| James Glen Ellingson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Oct 24, 2023 | Form ID: ntcinco | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Julie Ann Ellingson, James Glen Ellingson, 509 6th St S, Hope, ND 58046 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 26, 2023       Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gene W Doeling | heather@kaler-doeling.com mn20@ecfcbis.com |
| Maurice VerStandig | on behalf of Debtor Julie Ann Ellingson mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Joint Debtor James Glen Ellingson mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert B. Raschke | USTPRegion12.SX.ECF@usdoj.gov |

TOTAL: 4

ntcinco (12/15)

# UNITED STATES BANKRUPTCY COURT
## District of North Dakota

In Re:

Julie Ann Ellingson
James Glen Ellingson

Debtor(s)

CHAPTER 7
Bankruptcy No.
*23−30358*

## NOTICE OF INCOMPLETE FILING

NOTICE IS HEREBY GIVEN that the following deficiencies exist in this bankruptcy case:

- ☐ *Voluntary Petition*
- ☐ *Part 5 of Vol. Pet.*
- ☐ *Ch. 11 (B201A)*
- ☐ *Schedule A−J*
- ☐ *Schedule A/B*
- ☐ *Schedule C*
- ☐ *Schedule D*
- ☐ *Schedule E/F*
- ☐ *Schedule G*
- ☐ *Schedule H*
- ☐ *Schedule I*
- ☐ *Schedule J*
- ☐ *Creditor Matrix (Mailing List)*
- ☐ *Declaration Concerning Schedules*
- ☒ *Payment Advices or Stmt Concerning Pymt Advices (local form)(Debtor 1)*
- ☒ *Payment Advices or Stmt Concerning Pymt Advices (local form)(Debtor 2)*
- ☐ *Summary of Assets and Liabilities and Certain Statistical Information*
- ☐ *Summary of Assets and Liabilities for Non−Individuals*
- ☐ *Statement of Financial Affairs*
- ☐ *Attorney's Disclosure of Compensation*
- ☐ *Chapter 7 Statement of Current Monthly Income*
- ☐ *Chapter 13 Statement of Current Monthly Income and Calculation Period*
- ☐ *Chapter 11 Statement of Current Monthly Income*
- ☐ *Corporate Ownership Statement*
- ☐ *Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims*
- ☐ *Missing Signatures*
- ☐ *Statement About Your Social Security Numbers (do not file electronically)*
- ☐ *Out Dated Forms. File revised forms checked above.*

NOTE: Missing documents WILL NOT DELAY the sending of notices by the Court. If Creditor Matrix (Mailing List) is listed above, the notice of meeting of creditors will be sent by the Court to the debtor(s), the attorney for the debtor(s), if any, and the trustee ONLY. Thereafter, it will be the attorney for the debtor(s), or the pro se debtor's responsibility to serve notice of the meeting of creditors that includes the debtor's and, if applicable, the joint debtor's FULL social security number(s) on all creditors, and to file with the Court proof of service indicating service has been made, together with a REDACTED version of the notice, showing only the last four digits of the social security number(s).

If Social Security Statement is listed above, the attorney for the debtor(s) or the pro se debtor must provide notice of the debtor's and, if applicable, the joint debtor's FULL social security number(s) to the trustee and all creditors. Proof of service indicating service has been made, together with a REDACTED version of the notice, showing only the last four digits of the social security number(s), must be filed with the Court.

Pursuant to 11 U.S.C. § 521(i)(l) if the debtor(s) do not cure these deficiencies within 45 days after the date of filing, the case will be automatically dismissed without further notice or hearing.

Dated: October 24, 2023

**Kay A. Melquist**
Clerk, U.S. Bankruptcy Court, Quentin N. Burdick U.S. Courthouse
655 1st Avenue North, Suite 210, Fargo, ND 58102−4932

BY: /s/Caryl Krone
Deputy Clerk