United States Bankruptcy Court
District of North Dakota

In re:  Case No. 23-30358-skh
Julie Ann Ellingson  Chapter 7
James Glen Ellingson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0868-3    User: admin    Page 1 of 1
Date Rcvd: Dec 08, 2023    Form ID: ntcdted    Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2023:**

| Recip ID | Recipient Name and Address |
| --- | --- |
| db/jdb | Julie Ann Ellingson, James Glen Ellingson, 509 6th St S, Hope, ND 58046 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 10, 2023      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Gene W Doeling | heather@kaler-doeling.com mn20@ecfcbis.com |
| Maurice VerStandig | on behalf of Debtor Julie Ann Ellingson mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Joint Debtor James Glen Ellingson mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert B. Raschke | USTPRegion12.SX.ECF@usdoj.gov |

TOTAL: 4

NtcDtEd (12/15)

**UNITED STATES BANKRUPTCY COURT**
**District of North Dakota**
**655 1ST AVENUE NORTH, SUITE 210**
**FARGO, ND 58102**

In Re:

Julie Ann Ellingson and James Glen Ellingson

Debtor(s)

Bankruptcy Proceeding No.  23−30358
Chapter  7

Judge:  Shon Hastings

## NOTICE OF REQUIREMENT TO FILE STATEMENT OF
## COMPLETION OF A PERSONAL FINANCIAL MANAGEMENT COURSE

Notice is hereby given that, subject to statutory exceptions, pursuant to 11 U.S.C. § 727(a)(11) and 11 U.S.C. § 1328(g)(1) an individual debtor must complete an instructional course in personal financial management in order to recieve a discharge under chapter 7 (11 U.S.C. § 727) and chapter 13 (11 U.S.C. § 1328).

Pursuant to Fed.R. Bankr. P. 1007(b)(7) unless an approved provider of an instructional course concerning personal financial management has notified the Court that a debtor has completed the course after filing the petition an individual *debtor(s) in an chapter 7 or a chapter 13 case must complete and file *Certification About a Financial Management Course (Official Form B423)* for cases under:

- Chapter 7:  Within 60 days after the first date set for the meeting of creditors under § 341 of the Code.
- Chapter 13: No later than the last payment made by the debtor(s) as required by the plan or the filing of a motion for entry of discharge under § 1328(b).

Failure to file the certification within the applicable time limit under Rule 1007(c) will result in the case being closed without an entry of discharge. If the debtor(s) subsequently files a Motion to Reopen the Case to allow for the filing of the Official Form B423, the debtor(s) must pay the full reopening fee due for filing the motion.

The Personal Financial Management Course Certificate should not be confused with the Certificate of Credit Counseling which should be filed with the petition.

  * In a joint case, each debtor must file a separate certification (Official Form B423).

  Dated:  12/7/23

Kay A. Melquist
Clerk, U.S. Bankruptcy Court

Copy mailed to debtor:
Julie Ann Ellingson
509 6th St S
Hope, ND 58046

James Glen Ellingson
509 6th St S
Hope, ND 58046