United States Bankruptcy Court
District of North Dakota

In re:  
Julie Ann Ellingson  
James Glen Ellingson  
    Debtors

Case No. 23-30358-skh  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0868-3     User: admin     Page 1 of 2  
Date Rcvd: Jan 18, 2024     Form ID: ntcclsno     Total Noticed: 22

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Julie Ann Ellingson, James Glen Ellingson, 509 6th St S, Hope, ND 58046 |
| 1089422 | | Comenity Bank/Zales, PO Box 650971, Dallas, TX 75265-0971 |
| 1089429 | + | North Dakota Office of State Tax Commiss, 600 E. Boulevard Ave. Dept. 127, Bismarck, ND 58505-0602 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 18 2024 19:08:02 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 1089530 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 18 2024 19:08:15 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 1089415 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 18 2024 18:58:00 | Ally Financial, Attn: Bankruptcy, 500 Woodard Ave., Detroit, MI 48226-3416 |
| 1089418 | + | Email/Text: BKPT@cfna.com | Jan 18 2024 18:58:00 | CFNA/ Credit First National Association, Attn: Bankruptcy, PO Box 81315, Cleveland, OH 44181-0315 |
| 1089416 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 18 2024 19:19:20 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 1089417 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 18 2024 19:07:27 | Capital One/ Menards, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 1089419 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 18 2024 19:19:09 | Citibank North America, Citibank SD Mc 425 5800 South Corp Place, Sioux Falls, SD 57108 |
| 1089420 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 18 2024 18:59:00 | Comenity Bank/ Lane Bryant, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 1089421 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 18 2024 18:59:00 | Comenity Bank/ Maurices, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 1089423 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 18 2024 18:59:00 | Comenity/ MPRC, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 1089424 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 18 2024 19:08:06 | Costco Citi Card, Attn: Bankruptcy, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 1089425 | + | Email/Text: mrdiscen@discover.com | Jan 18 2024 18:59:00 | Discover Bank, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 1089426 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jan 18 2024 18:59:00 | Fortiva, Attn: Bankruptcy, PO Box 105555, Atlanta, GA 30348-5555 |
| 1089427 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 18 2024 18:59:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |

Case 23-30358   Doc 14   Filed 01/20/24   Entered 01/20/24 23:28:18   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0868-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 18, 2024 | Form ID: ntcclsno | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| 1089428 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 18 2024 18:59:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 1089430 | | Email/Text: deb.hatt@uhsinc.com | Jan 18 2024 18:59:00 | Prairie St. John?s, 510-4th St S, Fargo, ND 58103-1914 |
| 1089431 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 18 2024 19:07:46 | Syncb/ebay, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 1089432 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 18 2024 19:08:02 | Synchrony Bank/ Care Credit, Attn: Bankruptcy Department, PO Box 965064, Orlando, FL 32896-5064 |
| 1089433 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 18 2024 19:07:23 | Synchrony Bank/ JCPenny, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Gene W Doeling | heather@kaler-doeling.com mn20@ecfcbis.com |
| Maurice VerStandig | on behalf of Debtor Julie Ann Ellingson mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Joint Debtor James Glen Ellingson mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert B. Raschke | USTPRegion12.SX.ECF@usdoj.gov |

TOTAL: 4

Form ntcclsno (12/15)

# UNITED STATES BANKRUPTCY COURT
## District of North Dakota

In Re:

Julie Ann Ellingson
James Glen Ellingson

Debtor(s)

CHAPTER 7
Bankruptcy No.
*23−30358*

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

**Notice is hereby provided:**

All creditors and interested parties are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below.

☑   Debtor(s) did not file proof of completion of Instructional Course Concerning Personal Financial Management. (Form B423)

☐   Debtor(s) did not file Certifications Requiring Domestic Support Obligations and Section 522(q). (Form B2830)

The filing fee will be due if the Debtor(s) subsequently files a Motion to Reopen the Case.

Dated: January 18, 2024

**Kay A. Melquist**
Clerk, U.S. Bankruptcy Court
Quentin N. Burdick U.S. Courthouse
655 1st Avenue North, Suite 210
Fargo, ND 58102−4932

BY: /s/ Caryl Krone
Deputy Clerk