Certificate Number: 14912-ND-DE-038046601

Bankruptcy Case Number: 23-30358



14912-ND-DE-038046601

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 26, 2023, at 7:48 o'clock PM EST, James Ellingson completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of North Dakota.

Date:   December 26, 2023          By:   /s/Jai Bhatt

                                   Name: Jai Bhatt

                                   Title: Counselor