Certificate Number: 14912-ND-DE-038046600

Bankruptcy Case Number: 23-30358



14912-ND-DE-038046600

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 26, 2023, at 7:48 o'clock PM EST, Julie Ellingson completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of North Dakota.

Date:  December 26, 2023     By:   /s/Jai Bhatt

Name:  Jai Bhatt

Title:  Counselor