Form oreopen (02/21)

# UNITED STATES BANKRUPTCY COURT
## District of North Dakota

In Re:

Julie Ann Ellingson
James Glen Ellingson

Debtor(s)

CHAPTER 7
Bankruptcy No.
*23−30358*

## ORDER TO REOPEN CASE

The Debtors filed an application or motion to reopen this closed bankruptcy case, showing cause for the request under Bankruptcy Rule 5010 and 11 U.S.C. § 350(b).

**IT IS ORDERED:**

1.  Upon payment of $ 260.00 to the clerk for the prescribed filing fee, unless payment is waived or deferred under paragraph 2 of this Order, this case is reopened.

2.  Payment of the prescribed filing fee is:

    ☐   waived

    ☑   not waived; or

    ☐   deferred and shall be paid by the trustee from assets of the bankruptcy estate to the extent assets are recovered.

Dated: January 29, 2024

**/s/ Shon Hastings**
Judge, U.S. Bankruptcy Court