United States Bankruptcy Court
District of North Dakota

| | |
|---|---|
| In re: | Case No. 23-30358-skh |
| Julie Ann Ellingson | Chapter 7 |
| James Glen Ellingson | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0868-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 29, 2024 | Form ID: oreopen | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Julie Ann Ellingson, James Glen Ellingson, 509 6th St S, Hope, ND 58046 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2024          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gene W Doeling | heather@kaler-doeling.com mn20@ecfcbis.com |
| Maurice VerStandig | on behalf of Debtor Julie Ann Ellingson mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice VerStandig | on behalf of Joint Debtor James Glen Ellingson mac@mbvesq.com mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Robert B. Raschke | USTPRegion12.SX.ECF@usdoj.gov |

TOTAL: 4

Form oreopen (02/21)

# UNITED STATES BANKRUPTCY COURT
## District of North Dakota

In Re:

Julie Ann Ellingson
James Glen Ellingson

Debtor(s)

CHAPTER 7
Bankruptcy No.
*23−30358*

## ORDER TO REOPEN CASE

The Debtors filed an application or motion to reopen this closed bankruptcy case, showing cause for the request under Bankruptcy Rule 5010 and 11 U.S.C. § 350(b).

### *IT IS ORDERED:*

1.   Upon payment of $ 260.00 to the clerk for the prescribed filing fee, unless payment is waived or deferred under paragraph 2 of this Order, this case is reopened.

2.   Payment of the prescribed filing fee is:

☐   waived

☑   not waived; or

☐   deferred and shall be paid by the trustee from assets of the bankruptcy estate to the extent assets are recovered.

Dated: January 29, 2024

**/s/ Shon Hastings**
Judge, U.S. Bankruptcy Court