IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTH DAKOTA

In re:                                    )
                                          )          Case No. 23-30358
Julie Ann Ellingson,                      )          Chapter 7
                                          )
and                                       )
                                          )
James Glen Ellingson                      )
                                          )
        Debtors                           )

## NOTICE OF MOTION FOR ENTRY OF DISCHARGE

NOTICE IS HEREBY GIVEN that Julie Ann Ellingson and James Glen Ellingson have moved this Honorable Court for entry of a Chapter 7 discharge. A copy of the motion is being served herewith.

NOTICE IS FURTHER GIVEN that written objections to the motion, if any, shall be filed with the Clerk of the United States Bankruptcy Court for the District of North Dakota, 655 1st Ave. N. Suite 210, Fargo, ND 58102-4932 within fourteen (14) days from the date of the mailing of this notice. Any objections not filed and served may be deemed waived.

Respectfully submitted,

Dated: February 25, 2024          By:     /s/ Maurice B. VerStandig
                                          Maurice B. VerStandig, Esq.
                                          The Dakota Bankruptcy Firm
                                          1630 1st Avenue N
                                          Suite B PMB 24
                                          Fargo, North Dakota 58102-4246
                                          Phone: (701) 394-3215
                                          mac@dakotabankruptcy.com
                                          *Counsel for the Debtors*

1